UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 18-cr-32 (DLF)** |
| v. | : | |
| | : | |
| **INTERNET RESEARCH AGENCY,** | : | |
| et al., | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Kathryn Rakoczy, as counsel for the United States, is terminating her appearance as counsel of record in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

BY:   /s/ *Kathryn L. Rakoczy*
KATHRYN L. RAKOCZY
D.C. Bar. No. 994-559
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6928
Kathryn.Rakoczy@usdoj.gov